# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE WEGER, | **Case No. 2:17-cv-01719-JAM-EFB** |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Dismissal, and good cause appearing, **IT IS ORDERED** that this matter is dismissed with prejudice, with each party bearing their own fees and costs.

DATED: 4/13/2018

/s/ John A. Mendez
U. S. District Court Judge